UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL MOREIRA-ALFARO,

    Petitioner,

vs.

ROBERT L. AYERS, JR., Warden,

    Respondent.
_____/

No. C 07-4132 PJH (PR)

**ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE LATE RESPONSE**

    Respondent's motion for leave to file a late response (document number 7 on the docket) is **GRANTED**. The response is deemed timely.

    **IT IS SO ORDERED.**

Dated: January 28, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\MOREIRA-ALFARO4132.EXT-R.wpd